1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 | MARINE A. KESHISHIAN, an          CASE NO. CV12-4204-GAF (SSx)
   individual,
12                                      **ORER RE JOINT STIPULATION
             Plaintiff,                 TO VOLUNTARY DISMISSAL OF
13                                      ENHANCED RECOVERY
        vs.                             COMPANY, LLC,, WITH
14                                      PREJUDICE, PURSUANT TO FED.
                                        R. CIV. P. 41(a)(1)(A)(ii)**
   AFNI, INC., An Illinois Corporation;
15 | ENHANCED RECOVERY                  Trial Date:      None Set
   COMPANY, LLC, a Delaware Limited
16 | Liability Company; EQUABLE
   ASCENT FINANCIAL, LLC; A
17 | Delaware Limited Liability Company;
   UNION ADJUSTMENT COMPANY,
18 | INC., A California Corporation,

19            Defendants.

20

21

22        The Court, having reviewed the Joint Stipulation filed by Plaintiff

23   MARINE A. KESHISHIAN ("Plaintiff") and defendant ENHANCED RECOVERY

24   COMPANY, LLC ("ENHANCED RECOVERY") (collectively, the "Parties") to

25   dismiss ENHANCED RECOVERY, with prejudice, and for good cause appearing

26   thereon, hereby rules as follows:

27   / / /

28   / / /

LEWIS
BRISBOIS

4848-0646-2994.1

[PROPOSED] ORDER RE DISMISSAL OF DEFENDANT ENHANCED RECOVERY COMPANY, LLC

1    ENHANCED RECOVERY is hereby dismissed from this action with

2  prejudice.  The Parties shall bear their own attorneys' fees and costs.

3

4    IT IS SO ORDERED.

5

6

7

Dated:        January 25, 2013

8

9  _____

Hon. Gary Allen Feess
10  United States DistrictJudge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4848-0646-2994.1

2

[PROPOSED] ORDER RE DISMISSAL OF DEFENDANT ENHANCED RECOVERY COMPANY, LLC